JOSEPH DI MARIA, APPELLANT, v. CURTISS-WRIGHT
CORPORATION, RESPONDENT.

Argued February 4, 1947—Decided April 24, 1947.

For the appellant, *Isadore Rabinowitz* and *Nathan Rabinowitz*.

For the respondent, *John W. Taylor.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Colie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BODINE, DONGES, WACHENFELD, EASTWOOD, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, McLEAN, JJ. 11.

*For reversal*—None.